UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOYCE COPELAND,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>STRYKER ORTHOPEDICS, INC., et al.,<br><br>　　　　　　　　　Defendants. | Case No. 2:13-cv-01066-MMD-CWH<br><br>ORDER |

　　　　Plaintiff Joyce Copeland filed this action on April 8, 2013, and an Amended Complaint on May 15, 2013, in the Eighth Judicial District Court in Clark County, Nevada. Plaintiff alleges that the total knee arthroplasty surgery she had on July 27, 2009, failed because of faulty Triathlon Knee components, which she asserts were designed, researched, tested, manufactured, labeled, and distributed by Defendants Stryker Corporation, Stryker Orthopedics, Inc., and Stryker Howmedica Osteonics Corporation. Plaintiff had a revision surgery in 2011 during which Plaintiff alleges her surgeon discovered that the Triathlon Knee components inserted during her original surgery had come loose in three different places related to the tibial components of the device. Plaintiff brings twelve claims for relief. Defendants removed the action on the basis of 28 U.S.C. § 1332. (*See* dkt. no. 1.)

　　　　On June 20, 2013, the Court ordered Defendants to show cause as to why this case should not be remanded for lack of subject matter jurisdiction. (Dkt. no. 4.) Defendants responded on June 25, 2013. (Dkt. no. 8.) In their response, Defendants

1  met their burden to demonstrate that the amount-in-controversy exceeds $75,000 and
2  that their Petition for Removal was timely filed. Accordingly, the Court is now assured of
3  its jurisdiction to preside over this case.
4      IT IS SO ORDERED.
5      DATED THIS 16th day of July 2013.

                                    MIRANDA M. Du
                                    UNITED STATES DISTRICT JUDGE